1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10
11
12
13
14
15
16

DAMION NATHANIEL BROMFIELD,

Plaintiff,

v.

CHARLES MCBURNEY, *et al*,

Defendants.

Case No.  C07-5226RBL-KLS

ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT

17
18
19
20
21
22

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1),  Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of an amended complaint (Dkt. #17) in response to the Court's order to show cause (Dkt. #13) issued in regard to plaintiff's original complaint (Dkt. #5) and the GEO defendants' motion to dismiss (Dkt. #11).   After reviewing plaintiff's amended complaint and the balance of the record, the Court finds and orders as follows:

23
24
25
26
27
28

As indicated in the report and recommendation recommending dismissal of the GEO defendants' motion to dismiss, dated the same date herewith, the Court has found that plaintiff's amended complaint no longer suffers from the same deficiencies contained in the original complaint.  Accordingly, the Court hereby accepts plaintiff's amended complaint for filing.  For the sake of clarity and efficiency in regard to any future motions to dismiss or other dispositive motions that may be filed concerning that complaint, however, the Court also hereby finds that plaintiff has brought the following claims against the following

named defendants, as their names are the only ones that specifically appear in relation to those claims:

*Denial of Access to State Laws and Forms and Federal Civil Rights/Habeas Corpus Case Law*: Defendants Wigen, McBurney, Sadler, McCluskey, Moncevias, Melendez, and Bennett.

*Denial of Confidential Access to Counsels*: Defendants Melendez and Bennett.

*Lack of Toll Free Calling*: Defendants Melendez and Bennett.

*Opening of Special Correspondence*: Defendants Wigen, Nelson, McBurney, Sadler, McCluskey, Moncevias, Melendez, and Bennett.

*Freedom of Expression*: Defendants Sadler, Moncevias, McBurney, Nelson, Wigen, Melendez, and Bennett.

*Return of Outgoing Mail*: Defendants Wigen, Melendez and Bennett.

*Administrative Segregation*: Defendants Wigen and Bennett.

*Placement in Segregation*: Defendants Wigen, McBurney, Sadler, Melendez, and Bennett.

*Reading and Copying of Legal Documents*: Defendants McCluskey, Moncevias, Wigen, McBurney, Sadler, Melendez, and Bennett.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 3rd day of March, 2008.

Karen L. Strombom
United States Magistrate Judge