UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMON BROMFIELD,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES MCBURNEY, *et al*,<br><br>　　　　　　　　Defendant. | Case No.  C07-5226RBL-KLS<br><br>ORDER REVISING PRIOR ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　　On May 25, 2007, the Court issued an order granting plaintiff's application to proceed *in forma pauperis* status. (Dkt. #4).  Upon review, however, the Court finds certain language contained in that order regarding the re-payment of the filing fee pursuant to 28 U.S.C. § 1915 is inapplicable to plaintiff.  As such, that portion of the Court's order requiring such re-payment hereby is RESCINDED, although the grant of *in forma pauperis* status itself shall remain in effect.  In addition, to the extent that any funds from plaintiff's account have been forwarded to the Court pursuant to the Court's prior order, the Clerk hereby is directed to return such funds to plaintiff.

　　　　The Clerk is directed to mail a copy of this Order to plaintiff and counsel for defendants.

　　　　DATED this 27th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1