UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMION NATHANIEL BROMFIELD, | CASE NO.   C07-5226RBL-KLS |
| Plaintiff, | |
| v. | ORDER |
| CHARLES MCBURNEY, *et al*, | |
| Defendants. | |

The Court, having reviewed the GEO defendants' motion to dismiss (Dkt. #11), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The GEO defendants' motion is DENIED; and

(3)     The Clerk is directed to send copies of this Order to plaintiff, defendant['s][s'] counsel and Magistrate Judge Karen L. Strombom.

DATED this 28th day of March, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1