1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAMION BROMFIELD,

                Plaintiff,

    v.

CHARLES MCBURNEY, *et al*,

                Defendants.

Case No.  C07-5226RBL-KLS

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO AMENDED COMPLAINT

17
18
19
20
21

       This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure.  The case is before the Court on the filing by defendants Michael Melendez and Jack Bennett of a motion for extension of time in which to respond to plaintiff's amended complaint. (Dkt. #30).  After reviewing defendants' motion and the balance of the record, the Court finds and orders as follows:

22
23
24
25
26
27
28

       On February 21, 2008, plaintiff filed an amended complaint (Dkt. #17), which the Court accepted for filing on March 3, 2008 (Dkt. #18). On May 27, 2008, the Court ordered defendants through their counsel to file a response to plaintiff's amended complaint by no later than June 26, 2008. (Dkt. #26).  In their motion for extension of time, filed on June 25, 2008, defendants request an extension to do so until July 3, 2008, explaining that because the amended complaint is remarkably similar to a number of other pleadings filed by another detainee at the Northwest Detention, and thus they require this additional time to review those pleadings to ensure consistency with the present case.

ORDER
Page - 1

1  The Court finds defendants' request to be not unreasonable. Accordingly, defendants' motion for
2  extension of time in which to respond to plaintiff's amended complaint (Dkt. #30) hereby is GRANTED.
3  The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.
4  DATED this 3rd day of July, 2008.

Karen L. Strombom
United States Magistrate Judge