UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAMION BROMFIELD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES MCBURNEY, *et al*,<br><br>　　　　　　　Defendants. | CASE NO.　C07-5226RBL-KLS<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS |

The Court, having reviewed defendants' motion to dismiss (Dkt. #32), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #41], and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　Defendants' motion is GRANTED in part and DENIED in part as set forth in the Report and Recommendation;

(3)　Plaintiff's request for injunctive relief contained in the amended complaint, but not the complaint itself, (Dkt. #17) hereby is DISMISSED; and

(4)　The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

DATED this 26th day of September, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1