UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAMION BROMFIELD,

        Plaintiff,

  v.

CHARLES MCBURNEY, *et al*,

        Defendants.

Case No. C07-5226RBL-KLS

MINUTE ORDER

The court hereby directs the Clerk to enter the following Minute Order:

    On November 3, 2008, the Court issued an order directing defendants Michael Melendez and Jack Bennett to file an answer to plaintiff's complaint. (Dkt. #43). On November 10, 2008, the postal service returned plaintiff's copy of that order, which was sent to his last known address, the Northwest Detention Center located in Tacoma, Washington. Apparently, plaintiff is no longer at that address, but he has not informed the Court of his change of address.

    Local Rule CR 10(f) requires parties to notify the Court within ten days of a change of address. Local Rule CR 41 states: "A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

    Accordingly, the Clerk shall place a deadline of January 9, 2009, on the Court's calendar to check the record for a change of address filed by plaintiff.

DATED this 17th day of November, 2008.

                                  Karen L. Strombom
                                  United States Magistrate Judge