UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAMION BROMFIELD,

          Plaintiff,

v.

CHARLES MCBURNEY, *et al*,

          Defendants.

CASE NO.    C07-5226RBL-KLS

ORDER

The Court, having reviewed defendant's supplemental motion to dismiss/motion for summary judgment (Dkt. #57), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) Antolin Andrew Marks' filing of objections purportedly on behalf of plaintiff were not considered and will be **STRICKEN** [Dkt. #60]. Marks' Motion to File Amicus Brief [Dkt. #61] is **DENIED**.

(2) The Court adopts the Report and Recommendation;

(3) Defendant's motion is GRANTED;

(4) Plaintiff's complaint is hereby DISMISSED without prejudice;

ORDER
Page - 1

(5) The Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 12th day of March, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE