# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAMION BROMFIELD

JUDGMENT IN A CIVIL CASE

v.

CHARLES MCBURNEY ET AL

CASE NUMBER: C07-5226RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Defendant's motion is GRANTED;

3. Plaintiff's complaint is hereby DISMISSED without prejudice.

March 18, 2009            BRUCE RIFKIN
                                                    Clerk

                                                   Jennie L. Patton
                                                   Deputy Clerk